UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| Danny Duval Palacios Contreras, )<br>Petitioner )<br> )<br>v. )<br> )<br>**Joseph D. McDonald**, Plymouth County Sheriff )<br>**Todd M. Lyons**, Acting Director Immigration and )<br>Customs Enforcement, Boston Field Office )<br>**Michael Krol**, New England Field Office Director )<br>U.S. Immigration and Customs Enforcement )<br>**Patricia Hyde,** Director of the Boston Field )<br>Office, U.S. Immigration and Customs Enforcement)<br>Enforcement and Removal Operations )<br>**Kristi Noem,** U.S. Secretary of Homeland Security )<br>**Pamela Bondi**, Attorney General of the U.S. )<br>**Donald Trump**, President of the U.S. )<br>Respondents )<br> ) | **Case No. 25-cv-11652-JEK** |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)

NOW COMES the Petitioner Danny Duval Palacios Contreras, through counsel, and hereby gives notice that the above-styled action is voluntarily dismissed, without prejudice against all of the Respondents/Defendants.

Dated: July 4, 2025

Respectfully submitted,

PETER CHARLES HORSTMANN
B.B.O. # 556377
450 Lexington Street, Suite 101
Newton, MA 02466
(617) 519-9011
*pete@horstmannlaw.com*

1

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 4, 2025, a true copy of the above document was filed via the Court's CM/ECF system and that a copy will be sent automatically to all counsel of record.

PETER CHARLES HORSTMANN